PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 12/2023)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF TEXAS
_Wichita Falls_ DIVISION

_Kedrien D Booker 2425926_
Plaintiff's Name and ID Number

_Boyd Unit_
Place of Confinement

CASE NO. _7-25CV-009-0_
(Clerk will assign the number)

v. _Sgt Nickey Vazquez,_
_C/o Tam, Thai_
_C/o Joanie, Payton_
Defendant's Name and Address

_Sgt Lydia, Medina Long,_
_C/o Dakota Denny_
Defendant's Name and Address

_Major Kyle Kulver_
_Capt Christopher Cruse, Lt Michael Mason_
Defendant's Name and Address
( DO NOT USE "ET AL.")
_Sgt Dakota Mahaffey Warden Bryon Reitsma_

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB -5 2025
CLERK, U.S. DISTRICT COURT
By _____ Deputy

INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $55.00 for a total fee of **$405.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $55.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: 12-16-24
      2. Parties to previous lawsuit:
         Plaintiff(s) Kedrien Booker
         Defendant(s) Justin Rushia
      3. Court: (If federal, name the district; if state, name the county.) Northern District
      4. Cause number: 7:24-CV-00154
      5. Name of judge to whom case was assigned: ?
      6. Disposition: (Was the case dismissed, appealed, still pending?) Pending
      7. Approximate date of disposition: Pending

II. PLACE OF PRESENT CONFINEMENT: Boyd Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Kedrren Booker 2425926 Boyd Unit 200 Spur 113 Teague TX 75860

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Major - Kyle Kulver Allred Unit
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Standard fail to fix or put new Electrical plugs in cells deliberate indifference towards my safety

Defendant #2: Caption Christopher Crase Allred Unit
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. fail to fix or put new Electrical plugs in cells, deliberate indifference towards He came to my cell notice Blackshut on floor fight fire fail to keep us my safety

Defendant #3: Lt Micheal Maston Allred Unit
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Indifference laugh when I told him I almost suffocated in cell deliberate towards my safety

Defendant #4: Sgt Nickey Vosquez Allred Unit
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Indifference View me inside cell left me in cell to suffocate deliberate to my safety

Defendant #5: 4o Joanie Payton Allred Unit she is a correctional officer at
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Indifference Viewed me inside cell left me in cell to suffocate deliberate to my

Def #6 c/o Thia Tam Allred Unit. He is a correctional officer at
This officer on camera in front of my cell had Red bottle fire extinguisher did not use it just standing and looking at me. Walk off. Later I ask why. He tell me suck his dick on camera

Deliberate Indifference Standard

Defendant #7 sgt Lydia, medina Long AM Red units

Briefly describe the act(s) or omission(s) of this Defendant which you claimed harmed you: She fail to Report the Hazlous Electrical plug after being made aware of.

Defendant #8 c/o Dakota Deony fail to act deliberate indifference standard

Briefly describe the acts fail to Report the at Risk Electrical plug after being made aware of several times.

Defendant #9 Warden Bryan Reitsma He fail to Act of fix the wrong deliberate indifference standard

Briefly describe the acts. He did a investigative Report Review and fail to desciplinary his officers for putting my life at risk

Defendant #10 sgt Dakota Mahaffey. He fail to Remove me from cell and Rehouse when captian cruse approval of to Rehouse

V.  STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I have a mental illness. on 10-16-24 in my kell 12 D 04 cell I had a crisis so the help my illness, I copes kills listen to Radio I ply my Radio in socket, It spark Fire and my property caught Fire on floor. Between 1:50 - 5:50 Am. In my Cell. I call for help Sgt Vezquez, officer payton, and C/o Thia Tam came to my cell, watching me scream for help. did not get me out cell. lot of smoke. Tam. had fire exynute, would not use it. I almost suffocated. they left me in cell. deliberate indifference towards my safety and Major Kulver, Captain Cruse, Lt Mason, Sgt Mahaffee, Sgt Machine long and Sgt Dennly then all put me back in cell would not fix the wrong after notice

VI.  RELIEF: My witness is Markis Lee C/o

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

In my prayer to the court, I want these officers to by punish according to TDCJ oath. also $350,000 from each individuals in their individual capacity also Punitive Damages, Mental & emotional Damages. Freeze their accounts until.

VII.  GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.
Koki, Kedrren Booker

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
2425936.  I had Federal # I doit know been

VIII.  SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed? ___YES ✓ NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): _____
2.  Case number: _____
3.  Approximate date sanctions were imposed: _____
4.  Have the sanctions been lifted or otherwise satisfied? ___YES ✓ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _____
   2. Case number: _____
   3. Approximate date warning was issued: _____

Executed on: _____
             DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  25  day of  1 , 20 25 .
             (Day)        (month)    (year)

*Kedrien Booker*
*Ked____*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5



**Texas Department of Criminal Justice**

# STEP 2      OFFENDER GRIEVANCE FORM

BV

Offender Name: Kedvien Bode     TDCJ #: 02425426
Unit: Robertson     Housing Assignment: B119
Unit where incident occurred: Allred

| OFFICE USE ONLY |
| --- |
| Grievance #: 2025020620 |
| UGI Recd Date: DEC 01 2024 |
| HQ Recd Date: DEC 09 2024 |
| Date Due: 1-11-25 |
| Grievance Code: 815 |
| Investigator ID#: 13013 |
| Extension Date: |

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**    *I am dissatisfied with the response at Step 1 because...*

I am dissatified because there was no investigation done. And these officers was deliberate indifference toward my safety. I will be filing a civil complaint in court against these individuals in their individual capacity. I was harm by their failure to act by these officers. in all I will be ask in Damages over 500,000 dollars. also punitive Damages.

I-128 Front (Revised 11-2010)     **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**     (OVER)

Appendix G

_____
_____
_____
_____

**Offender Signature:** Ke _____  **Date:** _____

**Grievance Response:**

An investigation has been conducted by the Central Grievance office. Your step one response was appropriate and answered your concern. However, the allegations against the officers could not be sustained there is no evidence of employee misconduct towards you. Staff is aware this type of behavior you described is prohibited by the agency and they are expected to act with the type of professionalism all TDCJ employees are trained to maintain. No further action is warranted by this office.

**Signature Authority:** H.Klawinsky H.Klawinsky   **Date:** JAN 0 8 2025

**Returned because:** *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

**CGO Staff Signature:** _____

| OFFICE USE ONLY | |
|---|---|
| **Initial Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___ Screened  ___ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___ Screened  ___ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | **CGO Initials:** _____ |
| Date UGI Recd: _____ | |
| Date CGO Recd: _____ | |
| (check one) ___ Screened  ___ Improperly Submitted | |
| Comments: _____ | |
| Date Returned to Offender: _____ | |

**I-128 Back (Revised 11-2010)**  **Appendix G**

(faint duplicate impression of the form text appears overlaid at the bottom of the page)



# Texas Department of Criminal Justice

## STEP 1
## INMATE GRIEVANCE FORM

12€66

**OFFICE USE ONLY**
Grievance #: 2025020620
Date Received: OCT 23 2024
Date Due: DEC 02 2024
Grievance Code: 815
Investigator ID #: I2943
Extension Date: ___
Date Retd to Inmate: ~~NOV 14 2024~~ RB
NOV 26 2024

Inmate Name: Booker Kedrien     TDCJ # 02425926
Unit: Allred     Housing Assignment: ~~~~~~
Unit where incident occurred: Allred     at RB

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Caption Cruse major Kulver in Medical     When? 10-17-24
What was their response? They said nothing. officers put me back in cell
What action was taken? I file this complaint

State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.

I hear voices I am not prescribe mental Health medication. I Reported to ms Gonzales on 10-16-24. I went to plug my Radio in the Electric socket plug to block out these voices in my head and when I plug it in 12 D04 cell. It spark fire and my towels sheets pants that was on the floor caught fire Between 3:30-5:50Am. I call for help Smoke was everywhere. I panick. It was so much smoke sgt Vasques ask officer payton when they arrive at my cell (where is he). Instead of them taken me out the cell and letting it air out from the smoke they just stood at watch me cry for help and suffer. Sgt Vasguez officer Joanie payton and another officer first name Tam. He had a fire extinguer in his hand at my Door Just looking. I'm coughing suffering. I'm scared. They just left me in the cell and walk off a lt came then he walk off. On 10-17-24 12 D04 cell Between 4:00-5:00 pm ICS was call because I was unresponsive I was taken to medical. I was having chest pains, coughing etc. In medical I explain to major Kulver, Caption Crase, Lt Mason, sgt Mahaffey about the fire and the electric socket and how Sgt Vasguez and officers left me in the cell. I reported their are Razors in the socket and this is a safety Hazard

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)**

I-127 Front (Revised 8/2022)

Inmate Grievance Operations Manual
Appendix F

After I left medical they put me back in the same cell and did not call maintance. On -10-18-24 sgt Donney came by my cell I Reported to him about the electrical problem he said I will call maintance, No body came.

on 10-19-24 between 2:15-3:00pm Sgt Nadine dong came to my cell 12 D04 I Reported to her about how Razors are in the socket electrical and it has caught fire. she said I will have a inmate to come. I will Pull you out and have him Take a look. I bed my rights have been violated. they are deliberate indifference towards my safety, health. my stomach/chest area hurts bad from inhaling all that smoke.

**Action Requested to Resolve Your Complaint.**

for legal purpose View and Save Video footage of officers standing at my cell with a fire extiguser and leaving me in the cell. Do a investigation. Red tag this cell or Rehouse me because this cell is a safety Hazzard.

Inmate Signature: Kedrien Booker      Date: 10-21-24

**Grievance Response:**

The investigation of this grievance is complete. Your complaint is noted; however, the allegations presented could not be sustained as you reported to suggest employee misconduct by Officer Payton and Sgt. Vasquez. This is for your information. No further action is warranted.

Signature Authority: [signature]      B. Reitsma, Asst. Warden      Date: NOV 1 3 2024

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:     *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Submission in excess of 1 every 7 days. *
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments. *
☐ 5. No documented attempt at informal resolution. *
☐ 6. No requested relief is stated. *
☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
☐ 8. The issue presented is not grievable.
☐ 9. Redundant, Refer to grievance # _____
☐ 10. Illegible/Incomprehensible. *
☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.

Medical Signature Authority: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | UGI Initials: ___ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |
| **2nd Submission** | UGI Initials: ___ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |
| **3rd Submission** | UGI Initials: ___ |
| Grievance #: | |
| Screening Criteria Used: | |
| Date Recd from Inmate: | |
| Date Returned to Inmate: | |

Kedrien D Booker 2425926
Boyd unit
200 Spur 113
Teague TX
75860





RECEIVED
FEB - 5 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

~~Alfred~~ Court Clerk
1000 Lamar St, Suite 203
Wichita Falls, TX 76301