IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| **KEDRIEN D. BOOKER,**<br>**TDCJ No. 02425926,**<br><br>　　　　**Plaintiff,**<br><br>v.<br><br>**SGT. NICKEY VAZQUEZ, et al.,**<br><br>　　　　**Defendants.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 7:25-cv-009-O |

## JUDGMENT

This action came on for consideration by the Court, and Plaintiff having failed to comply with the Court's order,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that the complaint is **DISMISSED** without prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure, for want of prosecution.

**SIGNED** this **19th day** of **March 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE